# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**658**

**KA 10-01414**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, SCONIERS, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                 ORDER

JAQUAN O., DEFENDANT-APPELLANT.

---

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ROBERT L. KEMP OF COUNSEL), FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (J. MICHAEL MARION OF COUNSEL), FOR RESPONDENT.

---

Appeal from an adjudication of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered June 17, 2010. Defendant was adjudicated a youthful offender upon his plea of guilty to attempted robbery in the second degree.

It is hereby ORDERED that the adjudication so appealed from is unanimously affirmed.

Entered: June 10, 2011                          Patricia L. Morgan
                                                Clerk of the Court